IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LASSEN MUNICIPAL UTILITY DISTRICT,

    Plaintiff,                      No. CIV 2:11-cv-00255-MCE-CMK

    vs.

KINROSS GOLD U.S.A., INC., LASSEN GOLD MINING, INC., AND DOES 1-50,

    Defendants.            <u>ORDER</u>

        The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455 (b)(2).  The undersigned previously served as attorney for Plaintiff, Lassen Municipal Utility District and a lawyer with whom he previously practiced law with served during such association as a lawyer concerning the matter in controversy.  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required.

DATED: February 3, 2011

                                             **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE