1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11   LASSEN MUNICIPAL UTILITY            No. 2:11-cv-00255-MCE-EFB
     DISTRICT,
12
              Plaintiff,
13
         v.                             <u>ORDER</u>
14
     KINROSS GOLD U.S.A., INC.,
15   et al.,

16            Defendants.

17                        ----oo0oo----

18

19        Presently before the Court is Plaintiff's Motion to Amend

20   the Court's Pretrial Scheduling Order ("PTSO") to advance the

21   date on which dispositive motions may be heard.[1]  The Court has

22   since amended the PTSO on its own motion to conform its language

23   to that of the Court's other existing scheduling orders.

24   ///

25   ///

26   _____

27        [1] Because oral argument will not be of material assistance,
     the Court ordered this matter submitted on the briefing.  E.D.
28   Cal. R. 230(g).

                              1

1   Accordingly, Plaintiff's Motion for Leave to Amend (ECF No. 21)

2   is DENIED as moot.

3        IT IS SO ORDERED.

4

Dated: April 6, 2012

5

6

7   _____
    MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2