UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LASSEN MUNICIPAL UTILITY DISTRICT, | No. 2:11-cv-00255-MCE-EFB |
| Plaintiff, | |
| v. | ORDER |
| KINROSS GOLD U.S.A., INC., et al., | |
| Defendants. | |

Presently before the Court is Plaintiff's Motion to Amend the Court's Pretrial Scheduling Order ("PTSO") to advance the date on which dispositive motions may be heard.[1]  The Court has since amended the PTSO on its own motion to conform its language to that of the Court's other existing scheduling orders.

///

///

---

[1] Because oral argument will not be of material assistance, the Court ordered this matter submitted on the briefing.  E.D. Cal. R. 230(g).

1

Accordingly, Plaintiff's Motion for Leave to Amend (ECF No. 21) is DENIED as moot.

IT IS SO ORDERED.

Dated: April 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE