CRAIG C. ALLISON (SBN 159437)
craig.allison@dlapiper.com
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

Attorneys for Defendants
Kinross Gold U.S.A., Inc. and
Lassen Gold Mining, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASSEN MUNICIPAL UTILITY DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>KINROSS GOLD U.S.A., INC., LASSEN GOLD MINING, INC. and DOES 1-50,<br><br>Defendants. | CASE NO. 2:11-CV-00255-MCE-CMK<br><br>**ORDER ON DEFENDANTS' *EX PARTE* APPLICATION FOR PERMISSION TO FILE LATE-FILED OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE 6(b) AND TO CONTINUE OPPOSITION AND REPLU DUE DATES AND HEARING DATE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

After having reviewed the moving papers and the opposition submitted on behalf of Plaintiff, Defendants Kinross Gold U.S.A., Inc. and Lassen Gold Mining, Inc.'s *ex parte* application is granted. Pursuant to Federal Rule of Civil Procedure 6(b), the Court finds that Defendants' failure to oppose Plaintiff Lassen Municipal Utility District's motion for summary judgment was the result of excusable neglect. Good cause appearing therefore, the hearing for Plaintiff's summary judgment motion is continued from May 31, 2012, to July 12, 2012 at 2:00 p.m. in Courtroom No. 7. The deadline for Defendants to file any opposition is 5 weeks prior to the hearing date, or June 7, 2012.

///

-1-

[PROPOSED] ORDER

WEST\232199810.1

DLA PIPER LLP (US)
SACRAMENTO

1  The deadline for Plaintiff to file any reply is 3 weeks prior to the hearing date, or June 21, 2012.

2      IT IS SO ORDERED.

3  DATE: May 11, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE