DOWNEY BRAND LLP
CASSANDRA M. FERRANNINI (Bar No. 204277)
MONICA S. HANS (Bar No. 227379)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
cferrannini@downeybrand.com
mhans@downeybrand.com

LAW OFFICES OF EUGENE B. CHITTOCK
EUGENE B. CHITTOCK (Bar No. 214532)
100 S. Lassen Street
Susanville, CA 96130
T:  530-257-9351
F:  530-257-9359
Email: echittock@chittocklaw.com

Attorneys for Plaintiff
Lassen Municipal Utility District

WOODBURN AND WEDGE
W. CHRIS WICKER (Nevada Bar No. 1037)
MICHAEL W. KEANE (State Bar No. 220685)
6100 Neil Road, Ste 500
Reno, NV 89511
T:  775-688-3000
F:  775-688-3088
Email:  mkeane@woodburnandwedge.com

Attorneys for Defendants
Kinross Gold U.S.A., Inc. and
Lassen Gold Mining, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lassen Municipal Utility District,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Kinross Gold, U.S.A., Inc., Lassen Gold Mining, Inc., and Does 1-50,<br><br>　　　　　Defendants. | Case No.  2:11-CV-00255-MCE-CMK<br><br>**JOINT STIPULATION REGARDING GOOD CAUSE TO MODIFY DATES IN SCHEDULING ORDER AND ORDER THEREON**<br><br>Judge:     Morrison C. England, Jr. |

1

**JOINT STIPULATION REGARDING GOOD CAUSE TO MODIFY DATES IN SCHEDULING ORDER AND [PROPOSED] ORDER THEREON**

1  Plaintiff Lassen Municipal Utility District ("LMUD" or "Plaintiff")  and Defendants
2  Kinross Gold, U.S.A, Inc. and Lassen Gold Mining, Inc. (collectively, "Defendants"), by and
3  through their respective undersigned counsel, hereby stipulate and agree as follows, and seek
4  leave pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and this Court's Amended
5  Pretrial Scheduling Order filed on March 27, 2012 (hereinafter the "Scheduling Order") to extend
6  the non-expert discovery cut-off date and the date for disclosure of expert witnesses, and related
7  deadlines, by 60 days:

8  1. The Scheduling Order currently provides for non-expert discovery to be completed
9  by **June 22, 2012**. In order to provide enough time to complete non-expert discovery, if
10 necessary, following the hearing on Plaintiff's Motion for Summary Judgment, the parties request
11 that the Scheduling Order be modified to allow the parties to complete non-expert discovery by
12 **August 21, 2012**.

13 2. Pursuant to the Scheduling Order, initial expert designations are currently due on
14 **August 22, 2012**, and rebuttal expert designations are due on **September 11, 2012**. In order to
15 provide enough time to compose complete expert designations, if necessary, following the
16 hearing on Plaintiff's Motion for Summary Judgment and the close of non-expert discovery, the
17 parties agree to extend the date for initial expert designations in the Scheduling Order from
18 **August 22, 2012** to **September 21, 2012**.  The parties also agree to extend the date for rebuttal
19 expert designations in the Scheduling Order from **September 11, 2012** to **October 11, 2012**.

20 3. Good cause for this stipulation to extend the discovery and expert discovery
21 deadlines exists for several reasons. On May 14, 2012, the Court granted Defendants' request to
22 continue the hearing date on Plaintiff's Motion for Summary Judgment from May 31, 2012 to
23 July 12, 2012. In addition, due to their counsel's decision to leave the practice of law, Defendants
24 recently had to obtain new counsel in this case. Defendants' current counsel substituted into this
25 case on May 14, 2012. For these reasons, the parties believe it is necessary to extend the
26 deadlines contained herein in order allow the parties additional time to complete discovery in
27 light of the new Motion for Summary Judgment hearing date and substitution of counsel. Good
28 cause also exists because the other deadlines set forth in the Scheduling Order are unaffected by

JOINT STIP REGARDING GOOD CAUSE TO MODIFY DATES IN SCHEDULING ORDER & ORDER THEREON

these continuances.

4. Accordingly, the parties hereby stipulate to modify the existing Scheduling Order by extending the following dates:

|  | Prior Date | Stipulated Date |
|---|---|---|
| Discovery | June 22, 2012 | August 21, 2012 |
| Expert Disclosures | August 22, 2102 | September 21, 2012 |
| Rebuttal Expert Discosures | September 11, 2012 | October 11, 2012 |

5. The parties further agree that this Stipulation and Order may be executed in counterpart and by facsimile signature.

DATED: May 22, 2012        DOWNEY BRAND LLP

By:_____
MONICA S. HANS
Attorney for Plaintiff
Lassen Municipal Utility District

DATED: May 21_, 2012        WOODBURN AND WEDGE

By:"/s/ W. Chris Wicker (as authorized on 5-21-12).
W. CHRIS WICKER
Attorney for Defendants
Kinross Gold U.S.A., Inc. and
Lassen Gold Mining, Inc.

**ORDER**

**IT IS SO ORDERED**.

Dated: May 25, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE