DOWNEY BRAND LLP
CASSANDRA M. FERRANNINI (Bar No. 204277)
MONICA S. HANS (Bar No. 227379)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
cferrannini@downeybrand.com
mhans@downeybrand.com

LAW OFFICES OF EUGENE B. CHITTOCK
EUGENE B. CHITTOCK (Bar No. 214532)
100 S. Lassen Street
Susanville, CA 96130
T:  530-257-9351
F:  530-257-9359
Email: echittock@chittocklaw.com

Attorneys for Plaintiff
Lassen Municipal Utility District

WOODBURN AND WEDGE
W. CHRIS WICKER (Nevada Bar No. 1037)
MICHAEL W. KEANE (State Bar No. 220685)
6100 Neil Road, Ste 500
Reno, NV 89511
T:  775-688-3000
F:  775-688-3088
Email:  mkeane@woodburnandwedge.com

Attorneys for Defendants
Kinross Gold U.S.A., Inc. and
Lassen Gold Mining, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lassen Municipal Utility District,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Kinross Gold, U.S.A., Inc., Lassen Gold Mining, Inc., and Does 1-50,<br><br>　　　　　Defendants. | Case No.  2:11-CV-00255-MCE-CMK<br><br>**JOINT STIPULATION REGARDING GOOD CAUSE TO MODIFY DATES IN SCHEDULING ORDER AND ORDER THEREON**<br><br>Judge:      Morrison C. England, Jr. |

1

**JOINT STIPULATION REGARDING GOOD CAUSE TO MODIFY DATES IN SCHEDULING ORDER AND [PROPOSED] ORDER THEREON**

1  Plaintiff Lassen Municipal Utility District ("LMUD" or "Plaintiff")  and Defendants Kinross Gold, U.S.A, Inc. and Lassen Gold Mining, Inc. (collectively, "Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree as follows, and seek leave pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and this Court's Amended Pretrial Scheduling Order filed on March 27, 2012 (hereinafter the "Scheduling Order") to extend the non-expert discovery cut-off date and the date for disclosure of expert witnesses, and related deadlines, by 60 days:

   1.  The Scheduling Order currently provides for non-expert discovery to be completed by **June 22, 2012**. In order to provide enough time to complete non-expert discovery, if necessary, following the hearing on Plaintiff's Motion for Summary Judgment, the parties request that the Scheduling Order be modified to allow the parties to complete non-expert discovery by **August 21, 2012**.

   2.  Pursuant to the Scheduling Order, initial expert designations are currently due on **August 22, 2012**, and rebuttal expert designations are due on **September 11, 2012**. In order to provide enough time to compose complete expert designations, if necessary, following the hearing on Plaintiff's Motion for Summary Judgment and the close of non-expert discovery, the parties agree to extend the date for initial expert designations in the Scheduling Order from **August 22, 2012** to **September 21, 2012**.  The parties also agree to extend the date for rebuttal expert designations in the Scheduling Order from **September 11, 2012** to **October 11, 2012**.

   3.  Good cause for this stipulation to extend the discovery and expert discovery deadlines exists for several reasons. On May 14, 2012, the Court granted Defendants' request to continue the hearing date on Plaintiff's Motion for Summary Judgment from May 31, 2012 to July 12, 2012. In addition, due to their counsel's decision to leave the practice of law, Defendants recently had to obtain new counsel in this case. Defendants' current counsel substituted into this case on May 14, 2012. For these reasons, the parties believe it is necessary to extend the deadlines contained herein in order allow the parties additional time to complete discovery in light of the new Motion for Summary Judgment hearing date and substitution of counsel. Good cause also exists because the other deadlines set forth in the Scheduling Order are unaffected by

JOINT STIP REGARDING GOOD CAUSE TO MODIFY DATES IN SCHEDULING ORDER & ORDER THEREON

1 these continuances.

2  4. Accordingly, the parties hereby stipulate to modify the existing Scheduling Order

3 by extending the following dates:

|  | Prior Date | Stipulated Date |
|---|---|---|
| Discovery | June 22, 2012 | August 21, 2012 |
| Expert Disclosures | August 22, 2102 | September 21, 2012 |
| Rebuttal Expert Discosures | September 11, 2012 | October 11, 2012 |

 5. The parties further agree that this Stipulation and Order may be executed in counterpart and by facsimile signature.

DATED: May 22, 2012			DOWNEY BRAND LLP


					By:_____
						MONICA S. HANS
						Attorney for Plaintiff
						Lassen Municipal Utility District

DATED: May 21_, 2012			WOODBURN AND WEDGE


					By:"/s/ W. Chris Wicker (as authorized on 5-21-12).
						W. CHRIS WICKER
						Attorney for Defendants
						Kinross Gold U.S.A., Inc. and
						Lassen Gold Mining, Inc.

**ORDER**

**IT IS SO ORDERED**.

Dated: May 25, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE