UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LASSEN MUNICIPAL UTILITY DISTRICT,

    Plaintiff,

  v.

KINROSS GOLD U.S.A., INC., ET AL.,

    Defendant.

No. 2:11-cv-00255-MCE-KJN

ORDER CONTINUING TRIAL

    YOU ARE HEREBY NOTIFIED the April 22, 2013 jury trial is vacated and continued to **February 18, 2014,** at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **December 5, 2013.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the February 21, 2013 Final Pretrial Conference is vacated and continued to **December 19, 2013,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **November 28, 2013** and shall comply with the procedures outlined in the Court's  Pretrial Scheduling Order.

///

1

The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **November 28, 2013.** Oppositions must be filed by **December 5, 2013** and any reply must be filed by **December 12, 2013.** The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: October 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE