W. Chris Wicker
Michael W. Keane, Esq.
California State Bar No. 220685
WOODBURN AND WEDGE
6100 Neil, Road, Suite 500
Post Office Box 2311
Reno, Nevada 89511
Telephone:  (775) 688-3000

Attorneys for Defendants,
Kinross Gold U.S.A. Inc., and
Lassen Gold Mining, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LASSEN MUNICIPAL UTILITY DISTRICT,<br><br>    Plaintiff,<br><br>  v.<br><br>KINROSS GOLD U.S.A. INC., LASSEN GOLD MINING, INC., and DOES 1-50,<br><br>    Defendants, | Case No. 2:11-CV-00255-MCE-CMK<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE JOINT FINAL PRETRIAL** |
|---|---|

  Plaintiff, LASSEN MUNICIPAL UTILITY DISTRICT ("LMUD") and Defendants, KINROSS GOLD U.S.A. INC. and LASSEN GOLD MINING, INC. (collectively, "Kinross"), by and through their respective undersigned counsel, hereby stipulate and agree to an order extending time to file the Joint Final Pretrial Statement from November 12, 2015, up to and including November 20, 2015.  Good cause exists to extend time because of the many delays of this case on the Court's calendar counsel needed adequate time to review the case in order to prepare the Joint Final Pretrial Statement.

  The parties further agree that this Stipulation and Order may be executed in counterpart and by facsimile signature.

-1-

DATED this 12th day of November, 2015.   DATED this 12th day of November, 2015.

WOODBURN AND WEDGE   DOWNEY BRAND LLP

By: */s/ W. Chris Wicker*   By: */s/ Elizabeth Stallard*
W. Chris Wicker, Esq.   Katharine Buddingh
Michael W. Keane, Esq.   California State Bar No. 288591
California State Bar No. 220685   Elizabeth Stallard
6100 Neil Road, Suite 500   California State Bar No. 221445
Reno, NV 89511   621 Capitol Mall, 18th Floor
   Sacramento, CA 95814-4731

Attorneys for Defendants,
Kinross Gold U.S.A. Inc., and   LAW OFFICES OF EUGENE B.
Lassen Gold Mining, Inc.   CHITTOCK
   Eugene B. Chittock, Esq.
   California State Bar No. 214532
   100 S. Lassen Street
   Susanville, CA 96130

   Attorneys for Plaintiff,
   Lassen Municipal Utility District

### ORDER

Pursuant to the foregoing stipulation, the parties shall file the Joint Final Pretrial Statement no later than November 20, 2015.

IT IS SO ORDERED.

Dated: November 16, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

-2-